**Timothy Ray ADAMS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 49737.**

Missouri Court of Appeals,
Western District.

May 30, 1995.

Rose M. Wibbenmeyer, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

#### ORDER

PER CURIAM.

Timothy Ray Adams appeals the circuit court's denial of his Rule 24.035 motion to vacate judgment and sentence following his guilty plea to charges of burglary in the second degree, stealing, assault in the first degree, and escape from confinement. We have reviewed Adams' claim that his attorney abandoned him and find it lacking merit. Because we discern no precedential value to publishing an opinion, we issue this summary order. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Steven E. PEARSON, Appellant.**

**Steven E. PEARSON, Appellant,**

v.

**STATE of Missouri, Respondent.**

**Nos. WD 47144, WD 49817.**

Missouri Court of Appeals,
Western District.

May 30, 1995.

Patricia A. Richter, Asst. Appellate Defender, Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before HANNA, P.J., and BERREY and SPINDEN, JJ.

#### ORDER

PER CURIAM.

Steven Pearson raises eight points of error in challenging his convictions of robbery in the first degree and armed criminal action and in challenging the denial of his Rule 29.15 motion for postconviction relief. We do not find reversible error and affirm the judgments of conviction and denial of his Rule 29.15 motion. Because we do not discern any jurisprudential value in publishing an opinion, we issue this summary order. Rules 30.25(b) and 84.16(b).